UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05007-KS Date: September 1, 2026

Title *Bo Chen v. Ernesto Santacruz et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| | |
|---|---|
| Kerri Hays | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE**

The Court is in receipt of the "Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction" filed by counsel for Petitioner Bo Chen on August 31, 2026 ("Motion"). (Dkt. No. 3.)

The Court ORDERS Respondents to file a response to the Motion on or before September 8, 2026. If appropriate, Respondents may file a combined response to the Motion and the underlying habeas petition. Petitioner may file a reply in support of the Motion on or before September 11, 2026. The Motion will then be deemed submitted for decision.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh