**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**BO CHEN,**

**Petitioner,**

**v.**

**ERNESTO SANTACRUZ,** *Field Office Director, Enforcement and Removal Operations, Los Angeles Field Office, U.S. Immigration and Customs Enforcement*, **et al.,**

**Respondents.**

**NO. 5:26-cv-05007-KS**

**JUDGMENT**

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED** as set forth in the Court's Memorandum Opinion and Order.

DATED: September 11, 2026

Karen L. Stevenson

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE